# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

**In re**                                  *
                                           *
BOUGHTON, SHARON LYNNE,                     *
                                           *
                                           *
Debtor                                      *        **Case No.  23-61248-tmr7**
                                           *
                                           *        MOTION FOR ORDER ALLOWING
                                           *        ATTORNEY WITHDRAWAL
                                           *

The undersigned attorney, pursuant to LBR 9010-1, hereby requests to withdraw as attorney for Debtor, Sharon Lynee Boughton, for the following reasons: a) Ms. Boughton has requested my withdrawal and b) for good cause as set forth in the Declaration Supporting Motion for Order Allowing Attorney Withdraw.

The only relief sought is an Order allowing attorney withdrawal.  There are no pending hearings.  On July 12, 2024, Trustee Candace Amborn filed an Application to Employ Broker to sell Debtor's real estate and on that same date, this Court entered that Order.  The real estate has not been sold.  Debtor has paid all of her attorney fees and costs to Recovery Law Group for her Chapter 7 bankruptcy; specifically, $1835.00 for the filing fee and the attorney fees.  Such costs and fees are reasonable.

I hereby declare, under penalty of perjury, that the above information is true and correct and a copy of this motion was mailed to my client on October 24, 2024, at the following address:

Sharon Boughton
19 Kingfisher Ct.
Eagle Point, OR  97524

/s/ Jessica Molligan
Jessica Molligan

CERTIFICATE OF SERVICE

I have sent the foregoing Motion to the following:

Sharon Boughton
19 Kingfisher Ct.
Eagle Point, OR  97524

Ronandsharon75@yahoo.com

This document has also been e-served via the the ECF e-service contact list in this matter.

Dated this October 24, 2024                    /s/ Jessica Molligan
                                               Jessica Molligan

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

**In re**                                          *
                                                   *
BOUGHTON, SHARON LYNNE,                             *
                                                   *          **Case No.  23-61248-tmr7**
                                                   *
Debtor                                             *
                                                   *
                                                   *          DECLARATION SUPPORTING
                                                   *          MOTION FOR ORDER ALLOWING
                                                   *          ATTORNEY WITHDRAWAL
                                                   *

_____

On July 9, 2024, Ms. Boughton and Nicholas Wajda of Recovery Law Group entered into a Chapter 13 Retainer Agreement.  I no longer am associated with Recovery Law Group.  Mr. Wajda is not licensed to practice in Oregon, but apparently the understanding between them at that time was that Recovery Law Group would find Oregon counsel for Ms. Boughton.  They have not.  On September 20, 2024, after I expressed to Ms. Boughton my concern that she had no one appointed to substitute in for me, and offered to continue as her attorney, she declined that offer and advised that she would wait for Recovery Law Group to find Oregon counsel.  I explained to Ms. Boughton that this would leave her unrepresented until Recovery Law Group found her counsel.

I also do not think it is appropriate that I continue as attorney of record.  Ms. Boughton and I have had trouble with communications throughout my representation.

Dated this October 24, 2024.                          /s/ Jessica Molligan_____
                                                      Jessica Molligan, OSB #001823

CERTIFICATE OF SERVICE

I have sent the foregoing Declaration to the following:

Sharon Boughton
19 Kingfisher Ct.
Eagle Point, OR  97524

Ronandsharon75@yahoo.com

This document has also been e-served via the the ECF e-service contact list in this matter.

Dated this October 24, 2024                        /s/ Jessica Molligan
                                                                Jessica Molligan