DISTRICT OF OREGON
**F I L E D**
**November 04, 2024**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | | |
|---|---|---|
| **In re** | * | |
| | * | |
| BOUGHTON, SHARON LYNNE, | * | |
| | * | |
| | * | |
| Debtor | * | **Case No.  23-61248-tmr7** |
| | * | |
| | * | ORDER REGARDING |
| | * | ATTORNEY WITHDRAWAL |
| | * | |

The Motion to Withdraw as Attorney, ECF Docket No. 19, is granted.

*###*

Presented by:

/s/ Jessica Molligan
Jessica Molligan
PO Box 16893
Portland, OR  97292
(971) 350-7347

**Certificate.**  There are no known contesting parties who are not and/or whose attorneys are not ECF Participants.