**DISTRICT OF OREGON**
**F I L E D**
**November 19, 2025**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

**IT IS FURTHER ORDERED that entry of this order has no impact on the issues pending in Adv. Proc. No. 25-6025.**

THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
**Sharon Lynne Boughton,**

Case No. ____**23-61248-tmr13**____
☐ Amended

Confirmation Hearing Date: ____**11/04/2025**____

**ORDER CONFIRMING PLAN AND RESOLVING MOTIONS**

Debtor

The debtor's plan having been provided to creditors and the court having found that it complies with 11 U.S.C. § 1325, now, therefore **IT IS ORDERED**:

1.  Debtor's plan (ECF No. **96** ) is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in paragraph 5 below.

2.  The terms of this order are subject to any objection filed within 21 days after entry of this order by [*list, alphabetically and one per line, each creditor's name and service address*]: **N/A**

**1350.21 (12/1/2023)**          Page 1 of 3

3.  Pursuant to 11 U.S.C. § 522(f)(1), the following liens are avoided [*list alphabetically, and only one per line, including each creditor's name, service address, and lien type (for example, "judicial lien" or "non-purchase money security interest")*]:
    **N/A**

4.  Per the filed *Chapter 13 Debtor's Attorney's Compensation Disclosure and Application* (Local Bankruptcy Form (LBF) 1305) and, if applicable, the *Chapter 13 Debtor's Attorney's Schedule 2.(b) Itemization* (LBF 1306), compensation to debtor's counsel of attorney fees of $**0.00** and expenses of $**0.00**, of which $**0.00** has been paid, leaving $ **0.00** to be paid as funds become available per plan paragraph 4(c).

5.  Debtor has moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan [*for changes to plan language, but not added language, set out the old and new language in different forms, for example by striking through deleted language and underlining new language*]:
    **¶2: insert "50 months" for the approxiamte length of the Plan with the reason to extend "to pay the best interest figure";**
    **¶3(a): amend to read "1,060 x 6; $1,394 x 1; $950 thereafter";**
    **¶3(d): amend to delete "02/19/2025" and add "02/19/2026";**
    **¶4(c): amend to read "No fees or expenses are allowed or shall be paid to the Debtor's attorney.".**

**1350.21 (12/1/2023)**

6.  Additional provisions, if any:
    **N/A**

###

I certify that on __**11/04/2025**__ I provided this order to the trustee for submission to the court.

**Grover C. Peters III**
_____
Debtor or Debtor's Attorney


Approved: /s/ Andrea Breinholt OSB 092975 for
_____
         Trustee


**1350.21 (12/1/2023)**                    Page 3 of 3