IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-61248-dwh13 |
| | ) | |
| | ) | |
| Sharon Lynne Boughton | ) | |
| | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| Debtor. | ) | |

　　　　IT IS HEREBY STIPULATED that Matthew A. Casper is hereby substituted as attorney in

place of Grover Cleveland Peters, III for debtor Sharon Lynne Boughton in the above-entitled

proceeding.

###

So Stipulated:

By:　/s/ Matthew A. Casper　　　　　　By:　/s/ Sharon Lynne Boughton　　　　
Matthew A. Casper, OSB# 062903　　　Sharon Lynne Boughton, Debtor


1 of 1 – SUBSTITUTION OF ATTORNEY